IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 13-06816 ESL |
| FERDINAND GARCIA RODRIGUEZ | * |
| | * CHAPTER 13 |
| DEBTOR | * |

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM LIQUIDATION OF SICK LEAVE 2013**

TO THE HONORABLE COURT:

NOW COMES, **FERDINAND GARCIA RODRIGUEZ,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated November 18, 2013, provides that debtor's "tax refunds and employer's liquidation of sick days" will be paid into the Plan. See docket no. 20.

2. The debtor has received the 2013 employer's liquidation of sicke leave for the year 2013, in the sum of $1,086.41. Attached is copy of the check as received from the debtor's employer, *Gobierno Municipal de Cidra*, dated March 3, 2014.

3. The debtor respectfully submits to the Court that he needs these funds to pay for: purchase a washing machine and new car tires.

4. The debtor is living within a very "tight" budget which barely covers the household monthly expenses and a Plan payment of $150.00.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for this expense with the "2013 sick leave liquidation".

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the

Page – 2-
Debtor's Motion Requesting Order
Case no. 13-06816 ESL13

2013 "sick leave liquidation" by the debtor to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Jose Ramon Carrion Morales, Esq.; I also certify that a copy of this motion was sent via US Mail to Ferdinand Garcia Rodriguez, PO Box 9964 Cidra PR 00739; and to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17th day of March, 2014.

/s/ Roberto Figueroa Carrasquillo
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

| NOMBRE DEL EMPLEADO | | | NUMERO DE SEGURO SOCIAL | | | FECHA DEL PERIODO | | |
|---|---|---|---|---|---|---|---|---|
| FERDINAND GARCIA RODRIGUEZ | | | *** ** 7400 | | | 03/03/2014 | | |
| INGRESOS | | | DEDUCCIONES | | | CONTRIBUCIONES | | |
| DESCRIPCION | HORAS | CANTIDAD | DESCRIPCION | CANTIDAD | ACUMULADAS | TIPO | CANTIDAD | ACUMULADAS |
| | | | MEDICARE | 17.06 | 70.94 | SEG. SOC. CONT | 72.94 | 303.34 |
| | | | SEGURO CH | | 4.36 | | | 90.96 |
| | | | MAPFRE LI | | 84.00 | | | |
| | | | PLAN REFO | | 371.60 | | | |
| LVE | 90.23 | 1176.41 | SEG INCAP | | 9.28 | | | |
| | | | COOPERATI | | 39.86 | | | |
| | | | COOPERATI | | 39.84 | TOTAL: | 72.94 | 394.30 |
| V75 | | | | | | FECHA DEL DEPOSITO | | NUM. DEL DEPOSITO |
| E75 | | | | | | | | |
| OTH | | 1106.00 | | | | 03/07/2014 | | 0639047 |
| | | | | | | PAGO NETO | | |
| INGRESOS: | | 1176.41 | DEDUCCIONES CORRIENTES: | 17.06 | | CORRIENTE: | 1086.41 | |
| INGRESOS ACUMULADOS: | | 4892.41 | DEDUCCIONES ACUMULADAS: | 619.88 | | ACUMULADO: | 3878.23 | |
| GOBIERNO MUNICIPAL DE CIDRA | | | | | | | 639047 | |

# Pep Boys

Work Order - Customer Review - Page

CIDRA
BERIOS SHOPPING CENTER
BERRIOS SHPNGCNT STATE RD
CIDRA, PR 00739
(787) 714-2700

GERENTE: LUIS PEREZ RIVERA

**TRACKING ID# ***
Store ID # | Service Work Order #
10032074213

| CLIENTE: | Ferdinand Garcia | Año: | 1999 | Fecha: | 2014-03-14 |
|---|---|---|---|---|---|
| Dirección: | PO BOX 9964 | Marca: | ISUZU TRUCK | Anotado Por: | NA |
| Ciudad: | CIDRA | Modelo: | TROOPER | Hora De Ingreso: | 17:30:39 |
| Estado: | PR | Motor: | V6-3494 3.5L DOHC | Fecha/Hora prometida: | 2014-03-14 19:00:00 |
| Código postal: | 00739 | Numero De VIN: | | El carro listo partes | |
| Teléfono Casero: | (787)702-0870 | Número De la Licencia: | 1 | Viejas requeridas por el cliente? | no |
| Teléfono Del Contacto: | (787)702-0870 | Mileage adentro y hacia fuera: | 1 / | | |
| | | Color: | | | |

| Estimado Inicial | Cargos Por Piezas | Cargos De Trabajo | Cargos Totales | Fecha Y Hora: | Tarifa De Trabajo |
|---|---|---|---|---|---|
| | 614.76 | 39.96 | 700.55 | 2014-03-14  17:30:39 | 80.00/80.00 |

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Not Yet Authorized** | | | | | | | | | | |
| PK | 9084807 | TIRE INSTALLATION PACKAGE | | | | | | | | |
| LB | | TIRE MOUNTING | N | | | | 4 | | 0.00 | 0.00 |
| LB | | WHEEL BALANCE PASSENGER 16-19 & TRUCK | N | | | | 4 | | 9.99 | 39.96 |
| PN | 4001 | ROAD HAZARD WARRANTY | N | | | | 4 | | 16.96 | 67.84 |
| PN | TV413 | 30413500PEP 1 1/4 RUBBER VALVE STEM | N | | | | 3 | | 3.74 | 11.22 |
| | | | | | | | | Package SubTotal: | | 119.02 |
| PN | 90000004790 | Futura Scrambler P24570R16 | N | | | | 4 | | 132.99 | 531.96 |
| | | 40,000 MILE PRORATED | | | | | | | | |
| PN | TV413 | 30413500PEP 1 1/4 RUBBER VALVE STEM | N | | | | 1 | | 3.74 | 3.74 |

Parts: 614.76    Labor: 39.96    Other: 0.00    IVU Tax: 39.28  Lcl Tax: 6.55    Total: 700.55

**Code Descriptions**
N: Nuevo

* Ahora puede seguir el estatus de su Vehículo. Sólo visite www.pepboys.com y
entre su numero de Tracking ID ( 1003 - 2074213 ), en el E-Service Center.
Store ID - Service Work Order



Cuando necesite un remolque? Llame Gratis a:
800-PEP-BOYS (1-800-737-2697)

| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE |
|---|---|---|---|
| 2449 | Walmart | | 3/15/14 |

**NAME** Ferdinand Garcia Rodriguez
**ADDRESS** Cidra 00739
**CITY, STATE, ZIP** 787-702-0870

| SOLD BY | CASH | C.O.D. | CHARGE 2449 ON ACCT 00000 MDSE RETD 92 PAID OUT 00844 |
|---|---|---|---|

```
                                    HOTPOINT WSH 008469124938K   371*00 X
                                                 SUBTOTAL         371*00
```

| QUANTITY | DESCRIPTION | TAX 1 PRICE .000 % | AMOUNT 22*26 |
|---|---|---|---|
| | | TAX 2   1.000 % | 3*71 |
| 1 | | TOTAL | 396*97 |
| | | CASH TEND | 396*97 |
| 2 | | CHANGE DUE | 0*00 |
| 3 | | | |
| 4 | | IVULOTO: 2BNQZ-8ZTPZ | |
| | | WM DRAW023 MAR/22/14 | |
| 5 | | # ITEMS SOLD 1 | |
| 6 | | ############################## | |
| 7 | | #### INVALID RECEIPT - TRAINING #### | |
| | | ############################## | |
| 8 | | CONSIGUE TODO LO QUE NECESITAS | |
| | | A PRECIOS BAJOS TODOS LOS DIAS | |
| 9 | | 03/15/14   11:27:53 | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

RECEIVED BY

A-5805
T-46320/46350

**KEEP THIS SLIP FOR REFERENCE**

01-11

```
                    (787) 653-1376
                MANAGER ZORAIDA VECCHIOLLY
                    (787) 286-8650
ST# 2449  OP# 00000866 TE# 92 TR# 00844
HOTPOINT WSH 008469124938K    371*00 X
                      SUBTOTAL   371*00
         TAX 1   6.000 %          22*26
         TAX 2   1.000 %           3*71
                  DUPLICATE RECEIPT
                      TOTAL      396*97
                      CASH TEND  396*97
                      CHANGE DUE   0*00

IVULOTO: 2BNQZ-8ZTPZ
WM DRAW023 MAR/22/14

# ITEMS SOLD 1

****************************
**** INVALID RECEIPT - TRAINING ****
****************************
CONSIGUE TODO LO QUE NECESITAS
A PRECIOS BAJOS TODOS LOS DIAS
03/15/14    11:27:53

Walmart
Save money. Live better.
```

```
Label Matrix for local noticing        COOP A/C CIDRENA                        US Bankruptcy Court District of P.R.
0104-3                                  PO BOX 1490                             Jose V Toledo Fed Bldg & US Courthouse
Case 13-06816-ESL13                     CIDRA, PR 00739-1490                    300 Recinto Sur Street, Room 109
District of Puerto Rico                                                         San Juan, PR 00901-1964
Old San Juan
Sun Mar 16 08:25:24 AST 2014

COOP A/C CIDRENA                        (p)BANK OF AMERICA                     FIRST BANK
PO BOX 1498                             PO BOX 982238                           CONSUMER DIVISION CENTER
CIDRA, PR 00739-1498                    EL PASO TX 79998-2238                   BANKRUPTCY DIVISION- (CODE 248)
                                                                                PO BOX 9146, SAN JUAN, PR 00908-0146

FIRST BANK                              GE Capital Retail Bank                 PEP BOYS
CONSUMER SERVICE CENTER                 c/o Recovery Management Systems Corp    PO BOX 981439
BANKRUPTCY DIVISION- (CODE 248)         25 SE 2nd Ave Suite 1120                EL PASO, TX 79998-1439
PO BOX 9146, SAN JUAN, PR 00908-0146    Miami FL 33131-1605

SCOTIABANK                              SCOTIABANK DE PUERTO RICO              SEARS
PO BOX 362649                           G.P.O. BOX 362649                       PO BOX 6189
SAN JUAN, PR 00936-2649                 SAN JUAN, PUERTO RICO 00936-2649        SIOUX FALLS, SD 57117-6189

WALMART                                 FERDINAND GARCIA RODRIGUEZ             JOSE RAMON CARRION MORALES
PO BOX 530927                           PO BOX 9964                             PO BOX 9023884
ATLANTA, GA 30353-0927                  CIDRA, PR 00739-8964                    SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
OCHOA BUILDING                          CAGUAS, PR 00726-0186
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FIA CSNA                                End of Label Matrix
PO BOX 982235                           Mailable recipients    16
EL PASO, TX 79998                       Bypassed recipients     0
                                        Total                  16
```