Form 210A (12/09)

# United States Bankruptcy Court

District Of  PUERTO RICO

In re  RAMON A MONTANEZ MARTINEZ AND ZORA  Case No. 11-10531- BKT-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

RNPM, LLC through and by Operating Partners
Name of Transferee

BPPR as servicing agent for OREINAL BANK
Name of Transferor

Name and Address where notices to transferee should be sent: c/o WALLACE VAZQUEZ SANABRIA
17 Mexico Street, Suite D-1
San Juan, PR 00917-2202

Court Claim # (if known): 7
Amount of Claim: $35,195.09
Date Claim Filed: 03/15/12

Phone: 787-756-5730
Last Four Digits of Acct #: 5140

Phone: 787-724-1303
Last Four Digits of Acct. #: 6791

Name and Address where transferee payments should be sent (if different from above): c/o Operating Partners Co, Inc.
250 Munoz Rivera Avenue
Suite 200 American International Building
San Juan, PR 00918

Phone: 787-993-3700
Last Four Digits of Acct #: 5140

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Wallace Vaquez Sanabria                Date: 12/11/2013
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

In re: **RAMON ANTONIO MONTANEZ MARTINEZ and ZORAIDA ESQUILIN RODRIGUEZ**

Chapter: BKT13
Case No.: 11-10531
Judge: BRIAN K. TESTER
Unsecured Claim Amt:
Secured Claim Amt: $35195.09
Trustee: ALEJANDRO OLIVERAS RIVERA
Claim No.: 7

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2) WAIVER OF OPPORTUNITY TO OBJECT AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002

**RNPM, LLC** (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated **September 20, 2013** by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the **Joint Notice of Transfer of Claim.**

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.
The original Proof of Claim may have been filed by the Seller/Transferor/Assignor under its name or the name of any of the following acquired institution(s): **BPPR AS SERVICING AGENT OF ORIENTAL BANK & TRUST**

Redacted Numbers Related:

Account number: 102555140

Original Account Number: 6791


SELLER/TRANSFEROR/ASSIGNOR:

BPPR AS SERVICING AGENT OF
ORIENTAL BANK & TRUST
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

PURCHASER/ASSIGNEE/TRANSFEREE:

**RNPM, LLC**
c/o Operating Partners Co., Inc.
250 Munoz Rivera Avenue
Suite 200 American International Building
San Juan, Puerto Rico 00918

/S/ **CHRISTINE MIRAGLIA**

------------------------------NOTE------------------------------
------------------------------PAGARE----------------------------

US$ 40,000.00 .................................. Caguas ----------, Puerto Rico
City—(Ciudad)

27------ of September ----------of 2002
27------ de septiembre--------de 2002

--FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay **ORIENTAL BANK**---
--POR VALOR RECIBIDO, el (los) suscribiente(s) ("Deudor") promete(n) pagar a **ORIENTAL BANK**---

**AND TRUST**----------------------, or order the principal sum of FORTY THOUSAND DOLLARS--------
**AND TRUST**----------------------, o a su orden, la suma principal de CUARENTA MIL DOLARES---------

($40,000.00)----------------------------------------------------------------------------------

Dollars, with interest on the unpaid principal balance from the date of this Note, until paid, at the
Dólares, con intereses sobre el balance insoluto de principal desde la fecha de este Pagaré hasta su pago a

rate of FIVE AND SEVEN EIGHTHS----- percent per annum. Principal and interest shall be payable at
razón del CINCO Y SIETE OCTAVOS (5 7/8%)---- porciento anual. El principal e intereses serán pagaderos en

### CALLE NOYA Y HERNÁNDEZ NUM. 2
### HUMACAO, PUERTO RICO 00661

or such other place as the Note holder may designate in writing, on consecutive monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

TWO HUNDRED THIRTY SIX DOLLARS WITH SIXTY TWO CENTS------------Dollars (US$236.62----------),
DOSCIENTOS TREINTA Y SEIS DOLARES CON SESENTA Y DOS----------Dólares (US$236.62----------),
CENTAVOS

on the FIRST--------------------day of each month beginning .......NOVEMBER------- .2002..... until
en el PRIMER--------------------dia de cada mes comenzando el 1RO DE NOVIEMBRE de 2002---- hasta

the entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness, if not sooner
que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no antes

paid, shall be due and payable on FIRST DAY OF OCTOBER TWO THOUSAND THIRTY TWO---------
pagada, quedara vencida y pagadera en PRIMERO DE OCTUBRE DE DOS MIL TREINTA Y DOS---------
(OCTOBER 1ST, 2032)-----------------------------------------------------------------
(1RO DE OCTUBRE DE 2032)----------- -----------------------------------------------------

--If any monthly installment under this Note is not paid when due and remains unpaid after a date
--Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha

specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon
especificada en la notificación al Deudor, la suma total de principal pendiente de pago e intereses acumulados sobre la misma

shall at once become due and payable at the option of the Note holder. The date specified shall not be less
quedaran inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior

than thirty days from the date such notice is mailed. The Note holder may exercise this
a treinta dias a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré podrá ejercitar esta

option to accelerate during any default by Borrower regardless of any prior forbearance.
opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior.

If suit is brought to collect this Note, the Note holder shall be entitled to collect in such
De radicarse procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho

proceeding the agreed and liquidated amount of ten percent of the original principal amount hereof to
procedimiento la suma pactada y liquida de diez por ciento de la suma original de principal del presente para

cover costs and expenses of suit, including but not limited to, attorney's fees.------------------------
cubrir las costas y gastos de dicho procedimiento, incluyendo, sin implicar limitación, honorarios de abogado. ------------

**PUERTO RICO** – 1 to 4 Family – 6/75 – **FNMA/FHLMC UNIFORM INSTRUMENT**



--Borrower shall pay to the Note holder a late charge of five (5%) – percent of any
--El Deudor pagara al tenedor de este Pagaré un cargo por un pago atrasado de cinco (5%) por ciento de cualquier plazo

monthly installment not received by the Note holder within fifteen (15) ---------- days after the
mensual que no sea recibido por el tenedor de este Pagaré dentro de quince (15) -------------- días después de la fecha de

installment is due.--------------------------------------------------------------------------------------------------------------------
vencimiento de dicho plazo. ---------------------------------------------------------------------------------------------------

--Borrower may prepay the principal amount outstanding in whole or in part. The Note holder
--El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto del principal. El tenedor de este Pagaré

may require that any partial prepayments (i) be made on the date monthly installments are due
podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que venzan plazos mensuales

and (ii) be in the amount of that part of one or more monthly installments, which would be applicable
y (ii) sean en la cuantía de aquella parte de uno o más plazos mensuales que seria aplicable

to principal. Any partial prepayment shall be applied against the principal amount outstanding and
a principal. Cualquier pago parcial por anticipado será aplicado contra el principal insoluto.

shall not postpone the due date of any subsequent monthly installments or change the amount of such
no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni cambiara el monto de dichos

installments, unless the Note holder shall otherwise agree in writing. If, within five years from the date
plazos, a menos que el tenedor de este Pagaré acuerde lo contrario por escrito. Si, dentro de cinco años desde la fecha

of this Note, the undersigned makes any prepayments un any twelve month period beginning with the
de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier periodo de doce meses comenzando con la

date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a
fecha de este Pagaré o la de sus aniversarios ("año del préstamo") con dineros prestados a los suscribientes por un

lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during each of the
prestador que sea el tenedor del presente, los suscribientes pagaran al tenedor del presente (a) durante cada uno de los

first three loan years .-.-.-.-.-.-. percent of the amount by which the sum of prepayments made
primeros tres años del préstamo.-.-.-.-.-.-.-. por ciento de la cuantía por la cual el total de los pagos anticipados hechos

in any such loan year exceeds twenty percent of the original principal amount of this Note and
en cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal de este Pagaré y

(b) during the fourth and fifth loan years .-.-.-.-.-.-. percent of the amount by which the sum of
(b) durante los cuarto y quinto años del préstamo .-.-.-.-.-.-. por ciento de la cuantía por la cual el total de los

prepayments made in any such loan years exceeds twenty percent of the original principal amount
pagos anticipados hechos en cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal

of this Note. ---------------------------------------------------------------------------------------------------------------------
de este Pagaré. ------------------------------------------------------------------------------------------------------------------

--Presentment, notice of dishonor and protest are hereby waived by all makers,
--Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes,

sureties, guarantors and endorsers hereof. This Note shall be joint and several obligations of all
fiadores, garantizadores y endosantes del presente. Este Pagaré constituye obligación solidaria de todos

makers, sureties, guarantors and endorsers, and shall be binding upon them and their heirs,
otorgantes, fiadores, garantizadores y endosantes y les obligan así como a sus herederos,

personal representatives, successors and assigns.-----------------------------------------------------------------
representantes personales, sucesores y cesionarios.--------------------------------------------------------------

--Any notice to Borrower provided for in this Note shall be given by mailing such notice by
--Cualquier notificación al Deudor ′ dispuesta en este Pagaré deberá ser enviada por

certified mail addressed to Borrower at the Property Address stated below, or to such other address as
correo certificado dirigida al Deudor dispuesta en este Pagaré deberá ser enviada por

Borrower may designate by notice to eh Note holder. Any notice to the Note holder shall be
el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser

given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address
enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección

stated in the first paragraph of this Note, or at such other address as may have been designated by notice
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación

to Borrower.--------------------------------------------------------------------------------------------------------------------
al Deudor.----------------------------------------------------------------------------------------------------------------------



--The indebtedness evidence by this Note is secured by a Mortgage, dated of even date herewith, on
--La deuda evidenciada por este Pagaré está garantizada por una Hipoteca, de fecha igual a la del presente, sobre

property as indicated in Deed number -----335----------------- before the subscribing Notary---------
propiedad según indicada en la Escritura número ---------335--------------- ante el Notario suscribiente------

In Caguas------------, Puerto Rico, on September 27, 2002.

LOTE 108 KM 19 HM 2 CEIBA NORTE

RAMON ANTONIO MONTAÑEZ MARTINEZ

JUNCOS, PUERTO RICO 00777

ZORAIDA ESQUILIN RODRIGUEZ

Property Address
Dirección de la Propiedad

AFFIDAVIT NUMBER 3,794

Suscribed to and acknowledged before me, the Notary, by the appearing party (ies), of the personal circumstances described in the Deed previously mentioned, and whom I identified, at the place and date above written.

Pay to the order of
RNPM, LLC
Without Recourse
Oriental Bank

NOTARY PUBLIC

LUIS ROBERTO PIÑERO

Pay to the order of

Without Recourse
Oriental Bank and Trust

Form 210B (12/09)

# United States Bankruptcy Court

District Of PUERTO RICO

In re RAMON A MONTANEZ MARTINEZ AND ZORA  Case No. 11-10531- BKT-13

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/15/12 (date).

| BPPR as servicing agent of ORIENTAL BANK & | RNPM, LLC through and by Operating Partn |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>c/o CARDONA JIMENEZ LAW OFFICE, PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | Address of Transferee:<br>c/o Operating Partners Co, Inc.<br>250 Munoz Rivera Avenue<br>Suite 200 American International Building<br>San Juan, PR 00918 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:

/s/

**CLERK OF THE COURT**