IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: *
 *
 * CASE NO. 11-10531 BKT
RAMON ANTONIO MONTAÑEZ MARTINEZ *
ZORAIDA ESQUILIN RODRIGUEZ * CHAPTER 13
 *
DEBTORS *

**DEBTORS' MOTION REQUESTING COURT
AUTHORIZATION TO INCUR IN CREDIT
PURSUANT TO FRBP RULE 4001**

TO THE HONORABLE COURT:

NOW COME, **RAMON ANTONIO MONTAÑEZ MARTINEZ and ZORAIDA ESQUILIN RODRIGUEZ,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On December 9, 2011, the debtors filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 *et. seq*. An *Order* confirming the debtors' proposed Plan was entered on February 15, 2012, docket no. 25.

2. The debtors' household size is: 3, the debtor, who works for a private Company, his spouse, co-petitioner Zoraida Esquilin Rodriguez, a teacher with the Puerto Rico Department of Education, and their son who is a full time college student.

3. The debtors are making current confirmed Plan payments of $580.00 to the Chapter 13 Trustee.

4. It is debtors' intention to pay for a car repair, for which they will have to incur in a post-petition renewal of a personal loan with the Teacher's Retirement Fund.

Page – 2-
Motion Requesting Authorization to Incur in Credit
Case no. 11-10531 BKT13

5. The debtor Zoraida Esquilin Rodriguez has been informed that she may renew her personal loan with the Teacher's Retirement System of Puerto Rico ("Sistema de Retiro de Maestros"), which loan will be guaranteed with debtor's retirement funds.

6. The debtors have contacted the Teacher's Retirement System and they have been issued a "pre-qualification" for said loan for which they will pay monthly installments of $427.78, for sixty-months (60) months, at an interest rate of 10.00% per annum. It is to be noted that the debtor Zoraida Esquilin Rodriguez is currently paying Retiro de Maestros, through monthly employer deductions, the sum of $427.78 for her current retirement loan.

7. The debtors will receive the sum of $2,927.65 as net proceeds from the renewal of this personal loan, which sum will be used to cover for the following expenses: car repairs for debtor's 2004 Pontiac Vibe.

8. The debtors are current in their confirmed Plan payments to the Trustee and respectfully understand that they have the financial ability to incur in the personal loan with Teacher's Retirement System, to pay the $427.78 per month, thus, they respectfully request that the Court grant them authorization to incur in this post-petition credit, allowing them to continue with the loan closing process.

9. The debtors hereby request authorization from the Court to:

   a. incur in a post-petition loan in the sum of $20,000.00 to renew their actual retirement loan with "Sistema de Retiro de Maestros", with net loan proceeds of $2,927.65.

Page – 3-
Motion Requesting Authorization to Incur in Credit
Case no. 11-10531 BKT13

10. Based on the aforementioned, debtors respectfully request this motion be granted and the Court enter an Order allowing debtors to incur in the post-petition loan as herein described. 11 U.S.C. Section 364; Rule 4001 (c) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, debtors respectfully request this Honorable Court grant the present motion authorizing the debtors' request to incur in post-petition credit, as herein submitted.

**NOTICE: Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to the Chapter 13 Trustee and all system participants; I also certify that a copy of this motion was sent via US Mail to the debtors; and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 23rd day of December, 2013.

/s/R. Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203624
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

18 de diciembre de 2013

Zoraida Esquilín Rodríguez
Ramón A. Montañez Martínez
Núm. de caso: 11-10531 Cap. 13
Tels. (787) 734-3188
Cel. (787) 487-0458

A quien pueda interesar.

Yo Zoraida Esquilín Rodríguez por este medio solicito permiso para realizar un préstamo por el Sistema de Retiro de Maestro, para poder arreglar mi guagua una Vibe Pontiac que actualmente está parada porque se dañaron varias piezas. Me urge arreglarla, ya que es el medio de transportación que utilizo para trabajar. Presento un estimado. El préstamo se queda igual no cambia nada. Muchas gracias.

Cordialmente.

Zoraida Esquilín Rodríguez

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Sistema de Retiro para Maestros

6 de diciembre de 2013

*A quien pueda interesar:*

Prof. ZORAIDA ESQUILIN RODRIGUEZ xx-xx-1871 interesa renovar un préstamo personal en nuestro sistema. A continuación desglosamos los términos en que se tramitaría el mismo para su aprobación:

| Principal | $20,000.00 |
|---|---|
| Interés: | 10% |
| Pago mensual: | $427.78 |
| Plazos: | 60 MESES |
| Sobrante Neto Aproximado | $2,927.65 |

Esta autorización está sujeta a su aprobación.

Cordialmente,

Wanda Nieves Montesinos
Gerente
Sucursal de Caguas
Sistema de Retiro para Maestros

___ Aprobado

___ No aprobado

_____
Firma y sello del Síndico

235 Ave. Arterial Hostos, Edif. Capital Center,
Torre Norte, Hato Rey
PO Box 191879, San Juan, PR 00919-1879
Tel: (787) 777-1414; Fax: (787) 759-2882
www.srm.pr.gov



Ramiro A. Montañez Martinez
Zoraida Esquilín Rodriguez
Núm. de caso: 11-10531-
Tel. 787-734-3188
cel. 787-4487-0458

SRM
Gobierno de Puerto Rico
Sistema de Retiro para Maestros

PO Box 191879 San Juan, PR 00919-1879

Return Service Requested

# Pep Boys

JUNCOS
CARR #31 BO. CEIBA NORTE
CARR EST PR31KM24 0BO CEI
JUNCOS,PR 00777
(787) 734-0010

GERENTE: LIZA SANTANA

**TRACKING ID# ***
Store ID # : 0922
Service Work Order # : 2087879

| | | | | |
|---|---|---|---|---|
| Cliente: | Zoraida Esquilin Rodriguez | Año: | 2004 | Fecha: 2013-12-19 |
| Dirección: | HC 3 BOX 7157 | Marca: | PONTIAC | Anotado Por: NA |
| Ciudad: | JUNCOS | Modelo: | VIBE | Hora De Ingreso: 13:24:16 |
| Estado: | PR | Motor: | 4-1794 1.8L 1ZZ-FE | Fecha/Hora prometida: |
| Código postal: | 00777 | Numero De VIN: | | El carro listo partes |
| Teléfono Casero: | (787)734-3188 | Número De la Licencia: | | Viejas requeridas por el cliente? no |
| Teléfono Del Contacto: | | Mileage adentro y hacia fuera: / | | |
| | | Color: | | |

CARGOS DE ALMACENAJE: Si su carro permanece en nuestra propiedad mas de 3 dias despues de habersele notificado las reparaciones han sido terminadas, se cobraran $10.00 por dia como cargos por almacenaje.

AUTORIZO A PEP BOYS A LLEVAR A CABO LAS REPARACIONES DESCRITAN EN ESTA PAGINA Y PROVEER LOS MATERIALES QEU SEAN NECESARIOS. ENTIENDO QUE CUALQUIER PRECIO COTIZADO ES UN ESTIMADO,LOS EMPLEADOS DE PEP BOYS PODRAN MANEJAR ESTE VEHICULO PARA FINES DE INSPECCION, PRUEBAS Y ENTREGA Y PODRAN ESTACIONAR EL VEHICULO EN CUALQUIER ESTACIONAMIENTO EXTERIOR. PEP BOYS NO SE HACE RESPONSIBLE POR PERDIDA O DAÑOS AL VEHICULO O ARTICULOS DEJADOS DENTRO DEL VEHICULO EN CASO DE FUEGO, ROBO O POR CUALQUIEROTRA RAZON NO CAUSADA POR PEP BOYS. VEHICULOS QUE PERMANEZCAN HASTA EL DIA SERAN A RIESGO DEL DUEÑO.ENTIENDO QUE PEP BOYS NO ESTA ASUMIENDO RESPONSABILIDAD ALGUNA POR DAÑO O ROBO DEL VEHICULO EN CUALQUIER MOMENTO EN QUE EL VEHICULO NO ESTE DENTRO DEL EDIFICIO DE PEP BOYS O SIENDO CONDUCIDO POR PEP BOYS. RECONOZCO UN GRAVAMEN SOBRE EL VEHICULO PARA ASEGURAR EL PAGO POR TRABAJO LLEVADO A CABO BAJO EL ESTIMADO DE REPARACIONES ESCRITO.

X

| Estimado Inicial | Cargos Por Piezas | Cargos De Trabajo | Cargos Totales | Fecha Y Hora : | Tarifa De Trabajo |
|---|---|---|---|---|---|
| | 1606.04 | 1028.02 | 2994.41 | 2013-12-19 13:24:16 | 79.00/79.00 |

CUSTOMER NOTIFIED OF AND APPROVED INCREASE(S) IN THE ORIGINAL ESTIMATED PRICE
( ) IN PERSON ( ) PHONE
SIGNED _____ DATE _____

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| OT | | Shop Fee *** SKU 4120 represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies *** | N | | | | 1 | | 35.00 | 35.00 |

**Not Yet Authorized**

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PK | 9084807 | TIRE INSTALLATION PACKAGE | | | | | | | | |
| LB | | TIRE MOUNTING | N | | | | 4 | | 0.00 | 0.00 |
| LB | | WHEEL BALANCE PASSENGER 16-19 & TRUCK | N | | | | 4 | | 9.99 | 39.96 |
| PN | 4000 | ROAD HAZARD WARRANTY | N | | | | 4 | | 9.31 | 37.24 |
| PN | TV413 | 30413500PEP 1 1/4 RUBBER VALVE STEM | N | | | | 4 | | 3.74 | 14.96 |
| | | | | | | | | | Package SubTotal : | 92.16 |
| PK | 9991031 | FRONT STRUT REPLACEMENT | | | | | | | | |
| LB | | STRUT/CARTRIDGE FRONT REPLACE | N* | | | | 2 | | 79.99 | 159.98 |
| PN | 72116 | PB/MONROE Front OESpectrum Strut LIFETIME LIMITED WARRANTY | N | | | | 1 | | 93.99 | 93.99 |
| PN | 72117 | PB/MONROE Front OESpectrum Strut LIFETIME LIMITED WARRANTY | N | | | | 1 | | 93.99 | 93.99 |
| LB | | COMPUTERIZED WHEEL ALIGNMENT | N | | | | 1 | | 44.99 | 44.99 |
| | | | | | | | | | Package SubTotal : | 392.95 |
| PK | 9991079 | REAR STRUT REPLACEMENT | | | | | | | | |
| LB | 1712 | R&I Or R&R Rear Shock &/Or Strut Assembly - Both | N* | | 79.00 | | 1 | | 181.70 | 181.70 |
| PN | 71373 | PB/MONROE Rear OESpectrum Strut LIFETIME LIMITED WARRANTY | N | | | | 1 | | 125.99 | 125.99 |
| PN | 71373 | PB/MONROE Rear OESpectrum Strut LIFETIME LIMITED WARRANTY | N | | | | 1 | | 125.99 | 125.99 |
| | | | | | | | | | Package SubTotal : | 433.68 |
| PK | 0635073 | FRONT BRAKES BASIC PS CERAMIC PKG Labor Warranty 18 Mo/18K Miles | | | | | | | | |
| LB | | FRONT BRAKES BASIC PC CERAMIC LBR | N | | | | 1 | | 79.99 | 79.99 |
| PN | PR923C | Prostop Front Prostop Ceramic Pads LIMITED LIFETIME WARRANTY | N | | | | 1 | | 50.00 | 50.00 |
| PN | 31270G | Prostop Front Brake Rotor LIMITED TWO YEAR WARRANTY | N | | | | 2 | | 34.99 | 69.98 |
| | | | | | | | | | Package SubTotal : | 199.97 |
| PK | 0609492 | AIR FILTER INSTALLATION PACKAGE | | | | | | | | |
| LB | | AIR FILTER INSTALLATION | N | | | | 1 | | 0.00 | 0.00 |
| PN | AF5463 | Promotive Filters Air Filter | N | | | | 1 | | 20.00 | 20.00 |
| | | | | | | | | | Package SubTotal : | 20.00 |

* Ahora puede seguir el estatus de su Vehículo. Sólo visite www.pepboys.com y entre su numero de Tracking ID ( 0922 - 2087879 ), en el E-Service Center.
Store ID - Service Work Order



Cuando necesite un remolque? Llame Gratis a:
800-PEP-BOYS (1-800-737-2697)

# Pep Boys

| Code | Part # | Description | Type | Labor | Qty | Unit | Total |
|---|---|---|---|---|---|---|---|
| PN | 1014196 | Definity HP 800 P205/55R16 55,000 MILE PRORATED | N | | 4 | 72.99 | 291.96 |
| LB | 1716 | Remove & Replace Tie Rod &/Or Ends - One Side, Inner | N* | 79.00 | 1 | 118.50 | 118.50 |
| PN | ES4176 | IN TIE ROD END LIMITED LIFETIME WARRANTY | N | | 1 | 54.99 | 54.99 |
| LB | 2402 | Remove & Replace Engine Or Transaxle Mount | N* | 79.00 | 1 | 110.60 | 110.60 |
| LB | 2402 | Remove & Replace Engine Or Transaxle Mount | N* | 79.00 | 1 | 158.00 | 158.00 |
| LB | 2402 | Remove & Replace Engine Or Transaxle Mount - Front | N* | 79.00 | 1 | 86.90 | 86.90 |
| PN | 9164 | ENGINE MOUNT LIMITED ONE YEAR WARRANTY | N | | 1 | 189.99 | 189.99 |
| PN | 9163 | TRANSMISSION MOUNT LIMITED ONE YEAR WARRANTY | N | | 1 | 137.99 | 137.99 |
| PN | 9158 | ENGINE MOUNT LIMITED ONE YEAR WARRANTY | N | | 1 | 181.99 | 181.99 |
| PN | 9155 | ENGINE MOUNT LIMITED ONE YEAR WARRANTY | N | | 1 | 99.99 | 99.99 |
| LB | 1412 | Remove & Replace Alternator Drive Belt | N* | 79.00 | 1 | 47.40 | 47.40 |
| OT | 9690163 | PEPGUARD LIMITED EXTENDED LABOR WARRANTY | N | | 1 | 129.46 | 129.46 |
| PN | 5060725DR | DRIVE RITE SERP BELT LIMITED ONE YEAR WARRANTY | N | | 1 | 16.99 | 16.99 |

**Parts: 1606.04   Labor: 1028.02   Other: 164.46   IVU Tax: 167.91  Lcl Tax: 27.98   Total: 2994.41**

## Code Descriptions

N: Nuevo
*: Cubierto por la Grarantia Extendida de Trabajo PepGuard

---

* Ahora puede seguir el estatus de su Vehículo. Sólo visite www.pepboys.com y entre su numero de Tracking ID ( 0922 - 2087879 ), en el E-Service Center.

Store ID - Service Work Order



Cuando necesite un remolque? Llame Gratis a:





6 de diciembre de 2011

PROF. ZORAIDA ESQUILIN RODRIGUEZ
HC 3 BOX 7157
JUNCOS PR 00777-9725

PRÉSTAMO : 277581
SEG. SOC : XXX-XX-1871

Estimado(a) participante:

Certificamos que el término de su préstamo personal es el siguiente:

| | |
|---|---|
| Fecha concedido: | diciembre 2011 |
| Cantidad otorgada: | $20,000.00 |
| Interés: | 10% |
| Plazos: | 60 meses |
| Pago Mensual: | $427.78 |
| Fecha comienzo: | febrero 2012 |
| Fecha vencimiento: | enero 2017 |

Para aclarar cualquier duda puede comunicarse con nuestras oficinas al 787-777-1414, Ext. 3111.

Cordialmente,

Ana H Roldán Fontánez
Gerente Interina
Sucursal de Caguas

cga

PO Box 191879 San Juan, P.R. 00919-1879  Teléfonos (787) 754-8611 ó (1) (888) 981-8611
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr

# PALOMA ALEJANDRA FLORES HASSIM
Abogada Notario

PO Box 90
Juncos, PR 00777

Tel./Fax: 787-7348359

22 de octubre de 2012

A quien pueda interesar:

La presente es para hacer constar que la Sra. Zoraida Esquilín compareció a nuestras oficinas para recibir orientación legal sobre el caso EAC-2006-0587 sobre Solicitud para Hacer Cumplir Orden radicado en el Tribunal de Primera Instancia Sala de Caguas. Dicho caso proviene de la querella número 400004631 sobre Defectos de Construcción instada por el Sr. Ramón A. Montañez Martínez y Zoraida Esquilín Rodríguez como querellantes contra Concepción Construction Inc. como parte querellada.

Mediante Resolución emitida por el Departamento de Asuntos al Consumidor con fecha del 3 de agosto de 2006 se declaró Con Lugar la querella. Al la parte querellada incumplir con lo ordenado mediante la Resolución antes mencionada, se procede con el caso ante el Tribunal de Primera Instancia Sala Superior de Caguas. En dicho caso se dicta sentencia el 25 de junio de 2007 declarando Con Lugar la demanda y ordenando el pago por la cantidad de $9,896.74 dólares a favor de los querellantes Ramón A. Montañez y Zoraida Esquilín.

Aún habiéndose emitido una sentencia por el Honorable Tribunal, la parte demandada no cumplió con lo ordenado en la misma. El Sr. Montañez y la Sra. Esquilín realizaron multiples gestiones para lograr que la parte demandada cumpliera con la sentencia, pero sus esfuerzos resultaron infructuosos. Que al presente, han transcurrido más de 5 años de dictada la sentencia por lo cual el término para ejecutar la misma prescribió. Siendo ello así, debemos concluír que la deuda se encuentra incobrable.

Sin otro particular, quedo.

Atentamente,

Lcda. Paloma A. Flores Hassim