### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| RAMON A. MONTAÑEZ MARTINEZ | CASE NO. 11-10531 BKT |
| Debtor(s) | CHAPTER 13 |

### MOTION WITHDRAWING LEGAL REPRESENTATION

TO THE HONORABLE COURT:

COMES NOW, Cardona Jiménez Law Offices, PSC through its counsels respectfully state and pray as follows:

1. The undersigned law office through its counsels, filed a Notice of Appearance on behalf of Banco Popular de Puerto Rico ("BPPR") as servicing agent of Oriental Bank & Trust in the captioned case.

2. Recently through a bank commercial transaction, BPPR as Servicing of Oriental Bank & Trust, transferred the mortgage account subject of this case to RNPM, LLC through and by Operating Partners Co, Inc. thus, the undersigned law office and counsels will no longer represent BPPR as Servicing of Oriental Bank & Trust in the above captioned bankruptcy case.

**WHEREFORE**, it is respectfully requested from this Honorable Court to:

a) allow the undersigned law office and counsels to withdraw from the representation of BPPR as Servicing of Oriental Bank & Trust, in the above captioned case,

b) to strike their names from the Master Address List,

Motion For Withdrawal of Counsel
Page 2

In San Juan, Puerto Rico, this 17th day of January, 2014.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor's attorney and to **ALEJANDRO OLIVERAS RIVERA**, US Chapter **13** Trustee, and also certify that I have mailed by the United State Postal Service copy of this motion to non CM/ECF participant at their address of record in this case.

**CARDONA JIMENEZ LAW OFFICE**
Attorney for BPPR as Servicing of Oriental Bank & Trust
PO Box 9023593
San Juan, PR 00902-3593
Tel: (787) 724-1303, Fax (787) 724-1369
E-mail: jf@cardonalaw.com

/s/**Vivian Ortiz Ponce**
USDC PR 211611
vortiz@cardonalaw.com