IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAMON ANTONIO MONTANEZ MARTINEZ
ZORAIDA ESQUILIN RODRIGUEZ

DEBTORS

CASE NO. 11-10531-BKT

CHAPTER 13

**DEBTORS' MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

TO THE HONORABLE COURT:

NOW COME, RAMON ANTONIO MONTANEZ MARTINEZ and ZORAIDA ESQUILIN RODRIGUEZ, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors are hereby submitting a Post-confirmation Modification of Chapter 13 Plan, 11 USC Section 1329, dated March 25, 2014, herewith and attached to this motion.

2. This Plan modification is filed to consent to the lift of the automatic stay in favor of Doral Bank and Oriental Bank for loss mitigation purposes only and cure the Plan arrears owed to the Trustee.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)**

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page 2
Case no. 11-10531-BKT
Post confirmation modification of chapter 13 Plan

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 25th day of March, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONERS
PO BOX 193677
SAN JUAN PR 00919-3677
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:

MONTANEZ MARTINEZ, RAMON ANTONIO & ESQUILIN RODRIGUEZ, ZORAIDA
Debtor(s)

Case No. 11-10531-13

Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 3/25/2014
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 400.00 x 12 = $ 4,800.00
$ 580.00 x 48 = $ 27,840.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 32,640.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from: _____

☐ Sale of Property identified as follows: _____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 32,640.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,881.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BANCO BILBAO VIZ( Cr. BANCO BILBAO VIZ( Cr. _____
# Claim 2-1   # Claim 1-1   # _____
$ 4,941.44   $ 3,472.73   $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☐ Debtor otherwise maintains regular payments directly to: _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
See Continuation Sheet

Signed: _____
Debtor
_____
Joint Debtor

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**    Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE <u>MONTANEZ MARTINEZ, RAMON ANTONIO & ESQUILIN RODRIGUEZ, ZORAID</u>   Case No. <u>11-10531-13</u>
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

Debtors consents to the LIFT of STAY in favor of Doral Bank, claim #8-1, and Oriental Bank, claim #7-2, for the purpose of loss mitigation modification that will include all pre and post-petition arrears, therefore, the Trustee will make no disbursements to Doral Bank and Oriental Bank. Trustee has paid $2,085.82 to Doral Bank and $516.64 to Oriental Bank.
Additional Attorney's Fees: $350.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f)(3).
Creditor: Department of Education/Sally Mae (Student Loans, claim 10-1 & 3-1) to be paid directly outside the Plan. Trustee will make no disbusement to these claims.
Debtor(s) to provide auto insurance upon maturity to BBVA (3366) and BBVA (9634) thru GT Insurance Group, Inc.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank. Debtor reserves the right to object claims after plan confirmation.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 11-10531-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Mar 25 17:02:15 AST 2014 | BANCO BILBAO VIZCAYA ARGENTARIA PR<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BPPR/ORIENTAL BANK & TRUST<br>CARDONA JIMENEZ LAW OFFICES<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | GE CAPITAL RETAIL BANK (SAM'S CLUB)<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 S.E. 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL 33131-1605 | RNPM, LLC THROUGH AND BY OPERATING PARTNERS<br>c/o WALLCE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN, PR 00917-2202 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASOCIACION DE EMPLEADOS DE GOBIERNO DE PR<br>P.O.BOX 364508<br>SAN JUAN PUERTO RICO 00936-4508 | ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| AT&T<br>5407 ANDREWS HIGHWAY<br>MIDLAND, TX 79706-2851 | BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO BILBAO VIZCAYA ARGENTARIA PR<br>ANGEL M. VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 |
| BPPR AS SERVICING AGENT OF ORIENTAL BANK & T<br>CARDONA JIMENEZ LAW OFFICE, PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | CONVERGENT OUTSOURCING<br>800 SW 39TH ST<br>RENTON, WA 98057-4975 | DEPARTMENT OF EDUCATION<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 |
| DEPARTMENT OF EDUCATION<br>PO BOX 4169<br>GREENVILLE, TX 75403-4169 | DISH NETWORK<br>9601 S MERIDIAN BLVD<br>ENGLEWOOD CO 80112-5905 | DORAL BANK<br>c/o REBECA CAQUIAS, ESQ.<br>PO BOX 363507<br>SAN JUAN, PR 00936-3507 |
| DORAL FINANCIAL<br>1451 FD ROOSEVELT AVE<br>SAN JUAN, PR 00920-2717 | EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | ENHANCED RECOVERY COMPANY, LLC<br>PO BOX 1967<br>SOUTHGATE, MI 48195-0967 |
| NCO FINANCIAL SYSTEMS<br>PO BOX 192478<br>HATO REY, PR 00919-2478 | Nelnet on behalf of the U.S. Department of E<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | ORIENTAL BANK & TRUST<br>PO BOX 1952<br>HUMACAO, PR 00792-1952 |
| RNPM, LLC THROUGH AND BY OPERATING PARTNERS<br>c/o WALLACE VAZQUEZ SANABRIA<br>17 MEXICO STREET, SUITE D-1<br>SAN JUAN,PR 00917-2202 | SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 | Sallie Mae Inc. on behalf of ECMC<br>Lockbox 8682<br>P.O. Box 75848<br>St. Paul, MN 55175-0848 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | RAMON ANTONIO MONTANEZ MARTINEZ<br>HC 03 BOX 7157<br>JUNCOS, PR 00777-9725 |

| | | |
|---|---|---|
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | ZORAIDA ESQUILIN RODRIGUEZ<br>HC 03 BOX 7157<br>JUNCOS, PR 00777-9725 | End of Label Matrix<br>Mailable recipients 31<br>Bypassed recipients 0<br>Total 31 |