IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAMON ANTONIO MONTANEZ MARTINEZ
ZORAIDA ESQUILIN RODRIGUEZ

CASE NO.   11-10531-BKT

CHAPTER 13

DEBTOR(S)

**TRUSTEE'S POSITION AS TO**
**Motion requesting entry of order for ratification**
**of use of tax refunds**

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully**, ALLEGES, STATES** and **PRAYS:**

On March 26, 2014, Debtors filed a/an Motion requesting entry of order for ratification of use of tax refunds. **(Docket no. 59**). The Trustee has **no opposition** to said request.

**WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the aforementioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at the mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 3/27/2014.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
CMC-EC